# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. | 05-00297-01-CR-W-DW |
| | ) | | |
| SEAN K. WHEELER, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## AMENDED FINAL ORDER OF FORFEITURE

This matter is before the Court on the Motion of the United States for a Final Order of Forfeiture. On January 25, 2006, this Court entered a Preliminary Order of Forfeiture forfeiting the following property to the United States:

> The real property described as lot 23, block 8 of South View Manor 08-1282 gr, with all its buildings, appurtenances, and improvements, commonly known as 12013 Smalley, Grandview, Missouri;

> The real property described as lot 4 and 50 feet of vacated street lying North of said lot 4, Wildwood East, a subdivision in Raytown, Missouri, with all its buildings, appurtenances, and improvements, commonly known as 7034 Woodson, Raytown, Missouri;

> The real property described as lot 49 and North 5 feet of lot 48, measured at right angles to the West lot line of said lot 48, White Oak Manor Resurvey, a subdivision in Raytown, Missouri, with all its buildings, appurtenances, and improvements, commonly known as 8701 Evanston, Raytown, Missouri;

> $8,965.72 in lieu of the real property described as lot 35 Oak Creek Farms, 3rd plat, a subdivision in Raytown, Jackson County, Missouri, with all its buildings, appurtenances, and improvements, commonly known as 9708 E. 84th Street, Raytown, Missouri;

> 2002 White Lexus, VIN: JTHFN48Y920024327;

> 2002 Bright Red Ford Ranger Pick-Up, VIN: 1FTZR45E62PB32814;

$50,000 in United States currency seized from a safety deposit box at U.S. Bank; and

$179,570 in United States currency seized from the residence at 9708 E. 84th Street, Raytown, Missouri.

Pursuant to the Court's Preliminary Order of Forfeiture, notice of the forfeiture of the above-described property was published in *The Pulse*, a daily newspaper of general circulation published in Jackson County, Missouri, on April 7, 2006, April 14, 2006, and April 21, 2006. The United States also sent written notice of the Preliminary Order of Forfeiture to Otha Wheeler by certified mail, return receipt requested. Otha Wheeler acknowledged receipt of the notice as evidenced by the Domestic Return Receipt attached to the Government's motion. The United States also sent written notice of the Preliminary Order of Forfeiture to Ford Motor Credit Company by certified mail, return receipt requested. Mat McDonald acknowledged receipt of the notice as evidenced by the Domestic Return Receipt attached to the Government's motion.

Ford Motor Credit Company filed a petition on September 7, 2006, and entered into a stipulation with the United States which is hereby APPROVED.

Based upon the plea agreement, the Court finds that the defendant, Sean K. Wheeler, had an interest in the property that is subject to forfeiture pursuant to 21 U.S.C. § 853.

Accordingly, it is hereby ORDERED:

1. Plaintiff's Motion for a Final Order of Forfeiture is hereby granted, and the above-described property is hereby forfeited to the United States pursuant to 21 U.S.C. § 853, and is to be disposed of according to law.

2. All other persons claiming any right, title, or interest in or to the above-referenced property are held in default.

3. The claims and interests of any other persons or parties are forever foreclosed and barred.

4. The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this order.

SO ORDERED this  21st  day of  November , 2006.

                                            /s/ DEAN WHIPPLE
                                            Dean Whipple
                                            Chief United States District Judge